UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 13-253 (MAS) |
| MICHAEL LAWSON | : | ORDER FOR CONTINUANCE |
| Defendant. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Eric Suggs, Assistant U.S. Attorney, appearing), and defendant Michael Lawson (Daniel Rosenberg, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter for a period of 30 days; and the defendant being aware that the defendant has the right to a trial within 70 days, pursuant to Title 18, United States Code, Section 3161(c)(1); and four prior continuances having been previously granted; and the defendant, through his attorney, having consented to the continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)    The parties have entered into a plea agreement and plea hearing under Federal Rule of Criminal Procedure 11 has been scheduled for November 10, 2022;

- 2 -

(2)    Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

(3)    The defendant has consented to this continuance; and

(4)     As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 28th day of October 2022,

ORDERED that this action be, and hereby is, continued for a period of 30 days from October 28, 2022 to November 27, 2022; and it is further

ORDERED that the period from October 28, 2022 to November 27, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____

HON. MICHAEL A. SHIPP
U.S. District Judge

- 3 -

Form and entry consented to:


s/ *Eric Suggs*
Eric Suggs
Assistant U.S. Attorney



s/*Daniel Rosenberg*
Daniel Rosenberg, Esq.
Counsel for defendant Michael Lawson